**Albert Charles BURGESS, Jr.,
Plaintiff–Appellant,**

v.

**Blake E. TAYLOR, Jr.; Jotte Scarborough, individually and in their official capacities as employees of the South Carolina Department of Corrections (SCDC), Defendants–Appellees.**

No. 03–6542.

United States Court of Appeals,
Fourth Circuit.

Submitted June 19, 2003.

Decided June 25, 2003.

Albert Charles Burgess, Jr., Appellant Pro Se. David Leon Morrison, Davidson, Morrison & Lindemann, P.A., Columbia, South Carolina, for Appellees.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Albert Charles Burgess, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Burgess v. Taylor,* No. CA–02–1090–8–22 (D.S.C. Mar. 21, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*